STATE OF MICHIGAN
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PREMIER CAPITAL, L.L.C.,   Case No.: 2:08-cv-11906
                           Honorable George Caram Steeh
    Plaintiff,             Magistrate Judge Virginia M. Morgan

v.

HANNA KARCHO-POLSELLI,
a/k/a HANNA KARCHO, and
PACIFIC XX, INC., jointly and
and severally, and
PETER M. SCHNEIDERMAN
AND ASSOCIATES, P.C., as
escrow agent,

    Defendants.
_____/

## ORDER CONTINUING AND MODIFYING TEMPORARY RESTRAINING ORDER

This case came before the Court on June 19, 2008 for hearing on plaintiff's motion for a preliminary injunction. The Court to review the papers submitted in support of and in opposition to the motion, and heard counsels' arguments. The Court is fully advised, and for the reasons stated on the record, orders as follows:

IT IS HEREBY ORDERED that the terms of the Temporary Restraining Order previously entered by this Court shall continue until further order of the Court, subject to the following modifications:

1.      Within fourteen days after this order is entered, Defendants shall deliver to Plaintiff's counsel complete records and account statements of all of their bank and brokerage accounts from the inception of the loan at issue in this case on or about October 12, 2004 to the present. To the extent Defendants do not have currently have statements in their possession,

1

Defendants shall order such statements from their financial institutions within ten days after the entry of this order, and at that time shall provide counsel for Plaintiff with written confirmation of such orders, which shall include the names of all the institutions and account numbers, if known.

2. Defendants are no longer required to post a copy of the prior TRO at all entrances of their place of business.

3. Discovery may commence immediately.

4. The parties shall appear before the Court for a preliminary injunction hearing scheduled for August 14, 2008 at 9:30 a.m..

Dated: June 27, 2008

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record
on
June 27, 2008, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk