UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PREMIER CAPITAL, L.L.C.,            Case No.: 2:08-cv-11906
                                                      Honorable George Caram Steeh
       Plaintiff,                           Magistrate Judge Virginia M. Morgan

v.

HANNA KARCHO-POLSELLI,
a/k/a HANNA KARCHO, and
PACIFIC XX, INC., jointly and
and severally, and
PETER M. SCHNEIDERMAN
AND ASSOCIATES, P.C., as
escrow agent,

       Defendants.
_____/

## ORDER FOR PRELIMINARY INJUNCTIVE RELIEF

This case came before the Court on plaintiff's motion for a preliminary injunction. The Court reviewed the briefs submitted in support of and in opposition to the motion and heard the arguments of counsel at a hearing held on August 14, 2008. The Court is fully advised, and for the reasons stated on the record at the foregoing hearing, orders as follows:

       1.       Defendants shall deliver to the Court's chambers by no later than 9:30 a.m. Eastern Daylight Time on Friday, August 15, 2008, Michigan Heritage Bank cashier's check No. 4974885068 payable to defendant Hanna Karcho-Polselli in the amount of $367,257.15 and Wachovia Securities, L.L.C. check No. 024923596 payable to defendant Hanna Karcho-Polselli in the amount of $650,674.00. Following delivery, the parties shall cooperate to arrange for deposit of the funds in an interest bearing account with the Clerk of the Court or an escrow account agreeable to the parties.

2. In the event defendants fully and timely comply with Paragraph 1 above, defendant Hanna Karcho-Polselli may utilize the assets in her accounts with Merrill Lynch for her ordinary living and business expenses, provided that she shall maintain a minimum balance in that account of $150,000 of her funds until further order of the Court.

3. In the event that defendants fail to fully and timely comply with the requirements of Paragraph 1 above: (i) any endorsement or other negotiation of the foregoing checks shall be immediately enjoined, and Michigan Heritage Bank, Wachovia Securities, L.L.C., and any clearing agency or other intermediary check processor shall stop payment on those checks and (ii) all of defendants' financial accounts at any bank, brokerage or other depository shall be frozen as of 9:30 a.m. Eastern Daylight Time on Friday, August 15, 2008. Thereafter, no transactions in any amount shall be allowed in those accounts except by order of the Court. In addition, defendants shall appear before the Court, at a date and time to be set by further order of the Court, to show cause why the Court should not hold them in contempt.

4. Except as provided above, the Court's order continuing and modifying temporary restraining order entered on June 27, 2008 shall remain in effect until further order of the Court.

Dated: August 14, 2008

                                                    S/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 14, 2008, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk