UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PREMIER CAPITAL, L.L.C.,

          Plaintiff,

vs.

HANNA KARCHO, and PACIFIC XX,

          Defendants.

_____/

Case No. 08-CV-11906

HON. GEORGE CARAM STEEH

## ORDER

On August 14, 2008, this Court entered a preliminary injunction (Doc. 41). In accordance with that injunction, IT IS HEREBY ORDERED that the Clerk of the Court be directed to accept, and hold for safekeeping, until further order of the Court, two checks: (1) Michigan Heritage Bank cashier's check No. 4974885068 payable to Hanna Karcho-Polselli in the amount of $367,257.15 and, (2) Wachovia Securities, L.L.C. check No. 024923596 payable to Hanna Karcho-Polselli in the amount of $650,674.00.

As the Michigan Heritage Bank cashier's check is about to expire, the parties are hereby ORDERED to agree as to the disposition of the above identified checks or to appear for a hearing on Tuesday, August 19, 2008 at 10:00 a.m. to decide on the appropriate disposition of those funds. Hanna Karcho-Polselli is ordered to appear in

person for that hearing.

SO ORDERED.

Dated:  August 15, 2008

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 15, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk