UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PREMIER CAPITAL, L.L.C.,

          Plaintiff,

vs.

HANNA KARCHO, and PACIFIC XX,

          Defendants.

_____/

Case No. 08-CV-11906

HON. GEORGE CARAM STEEH

## ORDER FOR DEPOSIT OF FUNDS

The parties appeared for a hearing on August 19, 2008. For the reasons discussed on the record, the Court issues this order with respect to the further handling by the Court of the following two checks which were delivered to the Court on August 15, 2008 in accordance with the preliminary injunction the Court entered on August 14, 2008: (1) Michigan Heritage Bank cashier's check No. 4974885068 payable to Hanna Karcho-Polselli in the amount of $367,257.15 and, (2) Wachovia Securities, L.L.C. check No. 024923596 payable to Hanna Karcho-Polselli in the amount of $650,674.00. IT IS HEREBY ORDERED that:

1. The Clerk is directed to return to Hanna Karcho-Poselli the above referenced checks, which the Clerk of the Court was holding for safekeeping, for the sole purpose that she immediately endorse the above checks payable to the Clerk of the Court by no later than 1:00 p.m., Tuesday, August 19,

2008.

2. The Clerk of the Court is directed to forthwith deposit the checks in an interest bearing account.

3. The Clerk is authorized to deduct from the account any fees authorized by the judicial conference of the United States.

4. The funds so deposited and interest shall remain in the account until further order of the Court after notice to the parties and a hearing.

5. The preliminary injunction as to claimed assets of defendants is modified with regard to Merrill Lynch Account No.689-44E19 only to permit Maisoun Karcho to receive disbursements from the account so long as the balance in said account does not fall below $100,000.

SO ORDERED.

Dated: August 19, 2008

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 19, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk