UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PREMIER CAPITAL, LLC,

        Plaintiff,

v

HANNA KARCHO-POLSELLI,
a/k/a HANNA KARCHO, and
PACIFIC XX, INC., jointly and
Severally, and PETER M. SCHNEIDERMAN
AND ASSOCIATES, P.C., as
escrow agent,

        Defendants.

Case No. 2:08-CV-11906
Hon. George Caram Steeh
Magistrate Judge: Virginia M. Morgan

_____/

## ORDER DETERMINING TITLE TO FUNDS
## AND COMPELLING PAYMENT PURSUANT TO WRIT OF GARNISHMENT

This matter having come before the court on Movant, The Findling Law Firm, PLC and Darren Findling's, former counsel for Defendant, *Motion to Determine Title to Funds and Compel Payment Pursuant to Writ of Garnishment*, and the Court being otherwise fully informed in the premises;

IT IS HEREBY ORDERED that the *Motion to Determine Title to Funds and Compel Payment Pursuant to Writ of Garnishment* is granted for the reasons set forth on the record.

IT IS FURTHER ORDERED that the funds held by the Court Clerk in escrow originally ordered to be paid to Resort America, LLC, regarding this case are hereby determined to be assets of the Defendants, and shall be paid to The Findling Law Firm, PLC, a Plaintiff Garnishor, by the Court Clerk.

IT IS FURTHER ORDERED that The Findling Law Firm, PLC, shall file the appropriate disclosures with the 48th District Court evidencing application of the escrow funds to the judgment in Case No. 2009-31937GC2.

s/George Caram Steeh<br>
United States District Judge

Dated:  December 8, 2011